UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO.:

SENSIBLE PRODUCTS, INC.,
    an Illinois corporation,

    Plaintiff,

v.

ILLINOIS INDUSTRIAL TOOL, INC.,
    an Illinois corporation,

    Defendant.
_____/

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, SENSIBLE PRODUCTS, INC. ("Sensible Products"), sues Defendant, ILLINOIS INDUSTRIAL TOOL, INC. ("IIT") for Patent Infringement, and complains as follows:

## JURISDICTION AND VENUE

1. This is an action for Patent Infringement arising under the Patent Laws of the United States, 35 U.S.C. § 271, et seq.

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over IIT pursuant to 735 Ill. Comp. Stat. 5/2-209(a-c). IIT is a corporation formed under the laws of the State of Illinois and having a principal place of business located in this District, and has transacted business, including the sale of the accused infringing product, in Illinois.

4. Venue is proper in this District, pursuant to 28 U.S.C. § 1400(b).

## THE PARTIES

5. Plaintiff, SENSIBLE PRODUCTS, INC., is an Illinois corporation having its principle place of business at 7290 W. Devon Avenue, Chicago, Illinois 60631.

6. Defendant, ILLINOIS INDUSTRIAL TOOL, INC., is an Illinois corporation having its principle place of business at 530b W. North Frontage Road, Bolingbrook, Illinois 60440.

## COUNT I
## PATENT INFRINGEMENT

7. This Count alleges Patent Infringement against IIT, pursuant to 35 U.S.C. § 271, et seq. Sensible Products repeats and realleges Paragraphs 1-6 above.

8. On June 10, 2014 U.S. Patent No. 8,746,918, entitled "Multi-Function Telescopic Flashlight with Universally-Mounted Pivotal Mirror" ("the '918 Patent") was duly and legally issued to Michael Rubino. Sensible Products is the owner by assignment of all right, title and interest in and to the '918 Patent. A copy of the '918 Patent is attached as Exhibit "A" hereto.

9. On June 17, 2014 U.S. Patent No. 8,752,975, also entitled "Multi-Function Telescopic Flashlight with Universally-Mounted Pivotal Mirror" ("the '975 Patent") was duly and legally issued to Michael Rubino. Sensible Products is the owner by assignment of all right, title and interest in and to the '918 Patent. A copy of the '975 Patent is attached as Exhibit "B" hereto.

10. IIT has infringed and is still infringing one or more claims of the '918 and '975 Patents by making, using, selling, offering to sell and/or importing into the United States a "Jumbo Telescoping Light & Magnetic Pick-Up Tool" embodying the inventions protected under the '918 and '975 Patents, and will continue to do so unless enjoined by this Court. A photograph depicting this accused infringing product is attached as Exhibit "C" hereto.

11. Upon belief, IIT's acts of infringement are willful, warranting the assessment of increased damages pursuant to 35 U.S.C. § 284, and warranting a finding that this is an exceptional case pursuant to 35 U.S.C. § 285.

12. IIT's acts of infringement have occurred, are occurring and will continue to occur without the authority or license of Sensible Products. These infringing acts have caused, are causing and will continue to cause injury to Sensible Products, including irreparable injury and damages, unless and until IIT is enjoined from doing so by this Court.

## DEMAND FOR JURY TRIAL

Sensible Products requests that all issues in this case be tried to a jury.

WHEREFORE, Sensible Products prays that this Court:

A. Enter judgment against IIT for infringement of the '918 Patent and permanently enjoin IIT, its principals, officers, directors, agents, employees, subsidiaries, affiliates and all other persons acting in active concert or participation with them, from further acts of infringement, pursuant to 35 U.S.C. § 283;

B. Enter judgment against IIT for damages arising from the infringement of the '918 Patent, pursuant to 35 U.S.C. § 284;

C. Enter judgment for Sensible Products for an accounting as to all damages arising from IIT's infringement of the '918 Patent;

D. Enter judgment against IIT for infringement of the '975 Patent and permanently enjoin IIT, its principals, officers, directors, agents, employees, subsidiaries, affiliates and all other persons acting in active concert or participation with them, from further acts of infringement, pursuant to 35 U.S.C. § 283;

E. Enter judgment against IIT for damages arising from the infringement of the '975 Patent, pursuant to 35 U.S.C. § 284;

F. Enter judgment for Sensible Products for an accounting as to all damages arising from IIT's infringement of the '975 Patent;

G. Enter judgment that this case is exceptional, and award treble damages, attorney fees and costs incurred in connection therewith, pursuant to 35 U.S.C. § 285; and

H. Enter judgment granting Sensible Products such other relief as this Court deems appropriate.

Dated: September 10, 2014          Respectfully submitted,

McHALE & SLAVIN, P.A.

s/ Brian M. Taillon
Edward F. McHale
N.D. Illinois Trial Bar No. 90784500
Michael A. Slavin
Illinois Bar No. 6202313
Brian M. Taillon
Florida Bar No. 678635
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
Telephone: (561) 625-6575
Facsimile: (561) 625-6572
E-mail: litigation@mchaleslavin.com

*Attorneys for Sensible Products, Inc.*